IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, EASTERN DIVISION

| | | |
|---|---|---|
| STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY, | ) ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) ) | CIVIL ACTION NO. 3:09cv935-MHT (WO) |
| JOHN McCLENNY, KIM McCLENNY, and THE PERSONAL REPRESENTATIVE OF THE ESTATE OF MICHAEL JAMES DELPH, | ) ) ) ) ) ) | |
| Defendants. | ) | |

JUDGMENT

In accordance with the court's findings of fact and conclusions of law entered in open court on September 28, 2010, it is the ORDER, JUDGMENT, and DECREE of the court as follows:

(1) Judgment is entered in favor of plaintiff State Farm Mutual Automobile Insurance Company and against

defendants John McClenny, Kim McClenny, and Personal Representative of the Estate of Michael James Delph.

(2) It is DECLARED that, in connection with an automobile insurance policy that previously insured a 1998 Chevrolet S-10 pick-up truck previously owned by the McClenny defendants, bearing policy no. 136 5342-C24-01A, plaintiff State Farm Mutual Automobile Insurance Company does not owe coverage to the McClenny defendants or defendant Personal Representative of the Estate of Michael James Delph for any liability that might result from an automobile accident on July 25, 2009, involving a Chevrolet S-10 pick-up truck allegedly driven by Michael James Delph.

It is further ORDERED that costs are taxed against the McClenny defendants and defendant Personal Representative of the Estate of Michael James Delph, for which execution may issue.

**The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.**

**DONE, this the 28th day of September, 2010.**

     /s/ Myron H. Thompson
    **UNITED STATES DISTRICT JUDGE**